## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Cory Rumple, a Special Agent with the U.S. Department of Health and Human Services, Office of Inspector General (HHS-OIG), being duly sworn, do hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. As a Special Agent with the HHS-OIG, I am authorized to conduct investigations, to execute search warrants, and to make arrests for certain offenses against the United States.

2. I have been a special agent with HHS-OIG since May 2015. During my career, I have participated in numerous drug trafficking investigations during the course of which I have (a) conducted electronic and physical surveillance; (b) debriefed and managed witnesses, cooperators and confidential sources of information who have been involved in drug trafficking and money laundering; (c) executed search warrants at locations where records and evidence of money laundering have been found; and (f) reviewed and analyzed organization records, including telephone records and bank records, records.  My experience is not limited to drug investigations. I also have extensive experience participating in complex investigations into money laundering, wire fraud, bribery and conspiracy.

3. I have spoken with DEA Special Agents and Task Force Officers about this and other similar cases, and I have spoken with narcotics experts regarding methods of operation utilized by subjects who distribute, manufacture, traffic, and/or sell controlled substances.

## PURPOSE OF THIS AFFIDAVIT

4. This affidavit is submitted in support of a criminal complaint charging RAMON HERNANDEZ IV with conspiracy to distribute and possess with intent to distribute oxycodone, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), all in violation of Title 21, United States Code, Section 846.

5. Because this affidavit is being submitted for the limited purpose of securing a complaint and arrest warrants issued pursuant thereto, I have not included every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that Ramon HERNANDEZ IV committed the offense described above. The information set forth herein is based upon my participation in the investigation, encompassing my personal knowledge, observations and experience, as well as information obtained from my review of investigative reports, intelligence reports, interviews and debriefings with the participating officers and agents, and cooperating witnesses, who have participated in this investigation.

## PROBABLE CAUSE

6.     On January 10, 2019, the United States District Court for the District of Colorado issued a search warrant to search the premises of the Fort Lupton, CO residence (hereinafter, the "Residence") of an individual, G.A., whom affiant had probable cause to believe was engaged in the illegal distribution of controlled substances. The warrant also authorized the search of G.A.'s cellular telephone.[1]

7.     Law enforcement officials, including affiant, arrived at the residence on the morning of January 12, 2019, to execute the search warrant. During a voluntary interview, G.A. admitted that he trades opioids with other individuals, including HERNANDEZ IV.  G.A. also admitted he sells opioids provided to him by HERNANDEZ IV and provides the proceeds of those opioid sales back to HERNANDEZ IV.  G.A. advised law enforcement officials that HERNANDEZ IV was scheduled to arrive at the Residence to drop off opioids that same day for G.A. to sell to a third party.  G.A. agreed to cooperate with law enforcement and utilize audio and video recording devices in order to capture the exchange.  Prior to the exchange, G.A. showed law enforcement officials text messages he exchanged with HERNANDEZ IV.  One text G.A. identified as coming from HERNANDEZ IV stated the following:

> *Hey brotha, how fast can your friend give you money. I used my wife's card and she is pissed. I owe her 400 bucks. Insurance did not cover anything. But how fast can your friend have it by?*

Sometime later, HERNANDEZ IV sent another text that stated the following:

> *Ok I have 125 for your friend and 35 for you. I will see how many I have left to see if I can do more. Buy 2g for 125 and the rest for you ok. I'm on way*

Sometime later, HERNANDEZ IV sent another text that stated the following:

> *You think your friend could take 136 for 2200? I'm strapped on cash? I'll give you the 11 when I get back? Would that be cool*

8.     The telephone number G.A. identified as belonging to HERNANDEZ IV matches the number law enforcement identified as registered to HERNANDEZ IV with Verizon Wireless earlier in 2018.

---

[1] Prior to this date, law enforcement officials conducted a criminal history inquiry on G.A. Records showed G.A. had multiple arrests for disorderly conduct, assault, theft, resisting arrest, domestic violence and criminal damage to property, along with multiple traffic infractions.

9.     Based on data obtained from the Colorado Board of Pharmacy Prescription Drug Monitoring Program,[2] law enforcement was aware that both G.A. and HERNANDEZ IV received and filled prescriptions for a substantial number of controlled substance pills each month, and had done so for multiple years.  The drugs G.A. received included morphine, hydromorphone, and oxycodone. The drugs HERNANDEZ IV received included oxycodone and oxymorphone.

10.    At approximately 11:45a.m., G.A. recorded HERNANDEZ IV arriving at the Residence and providing G.A. with 158 Oxycodone 30MG tablets through the driver-side window of a silver Nissan Altima.  Law enforcement officials took possession of the tablets.  Law enforcement officials provided G.A. with $2,000 in cash to create the scenario of G.A. selling the tablets to a third party as scheduled by G.A. and HERNANDEZ IV.

11.    Later that same day, HERNANDEZ IV returned to the Residence and G.A. recorded G.A. providing $2,000 in cash to HERNANDEZ IV through the driver-side window of a silver Nissan Altima.

12.    Law enforcement officials confirmed with the pharmacy that dispenses to HERNANDEZ IV that on January 12, 2019, at approximately 9:16a.m., Ramon Hernandez picked up 300 Oxycodone 30MG pills and 150 Oxycodone 20 MG pills. The pills HERNANDEZ IV sold to G.A. are stamped with a "30" on one side of the pill and an "M" on the other side.  Through my investigation experience, I know that Oxycodone 30 MG pills are stamped with a "30" on one side of the pill and an "M" on the other side.  Additionally, Drugs.com identified pills stamped "M 30" are blue pills of Oxycodone 30MG.

13.    Later that same day of the warrant execution, January 12, law enforcement officials from the Rocky Mountain Regional Computer Forensics Laboratory (RCFL), pursuant to the search warrant, imaged the data from G.A.'s cellular telephone.  On January 16, 2019, affiant obtained a copy of the data imaged from the cellular telephone from officials from RCFL.

14.    Affiant has reviewed text messages seized pursuant to that warrant that were exchanged with the cellular telephone number 720-331-1598, the number G.A. stated belonged to HERNANDEZ IV and on which G.A. communicated with HERNANDEZ IV on January 12 regarding the details and timing of the recorded transaction.  That data reveals text messages between G.A. and HERNANDEZ IV using drug verbiage, including drug identification and negotiations for the sale price of drugs.

---

[2] The Colorado Board of Pharmacy Prescription Drug Monitoring Program (PDMP) under the Colorado Department of Regulatory Agencies monitors prescriptions within the State of Colorado. Pharmacies are required to report to the PDMP all prescriptions dispensed for controlled substances, including the drug dispensed, quantity dispensed, the patient name, and the prescribing physician.

15. Additionally, law enforcement officials, including affiant, have conducted surveillance at the Residence over the course of several months. Based on my training and experience, and that of other law enforcement officers and agents with whom I have conferred, law enforcement observed activity, as described below, indicative of drug distribution at the Residence involving HERNANDEZ IV. Many of the text messages from G.A.'s phone that I have reviewed pursuant to the warrant indicate drug trafficking activity between G.A. and HERNANDEZ IV and also correspond with dates and times that law enforcement officials observed the activities indicative of drug distribution between HERNANDEZ IV and G.A. at the Residence.

16. On April 7, 2018, surveillance was conducted at the Walgreens Pharmacy at 1821 East Bridge Street, Brighton, CO. At approximately 8:50am, a blue Chevrolet Tahoe, license MOS316 and registered to Arly Hernandez, arrived at that location. Approximately three minutes later, an individual fitting the description of HERNANDEZ IV entered and was observed by agents picking up medication at the pharmacy. At approximately 9:03am, the individual, later confirmed by the pharmacist as being HERNANDEZ IV, departed the premises in the Tahoe and was observed by agents driving directly to the Residence. HERNANDEZ IV parked in the driveway of the Residence for a few minutes and then departed. Later that day, law enforcement confirmed through the pharmacy that HERNANDEZ IV picked up the following prescriptions that morning prior to driving to the Residence:
- **Amphetamine- Dextroamphetamine (Adderall) 25MG (60 capsules)**
- **Oxycodone HCL 20MG (150 tablets) "Take 1 tablet by mouth five times daily for chronic neck pain."**
- **Oxycodone HCL 30MG (300 tablets) "Take two tablets by mouth five times daily for chronic neck pain."**

Text message data shows at 9:12am, HERNANDEZ IV sent the following text to G.A.:
   *I'm on way bro. I have 33 for you. That was amount right*
Within one minute, G.A. responded the following:
   *Yea bro coo bro thanks*
At approximately 9:17am, HERNANDEZ IV sent the following text to G.A.:
   *I'm outside*

17. On May 1, 2018, based upon pole camera footage, at approximately 7:57pm, a blue Chevrolet Tahoe fitting the description of the vehicle driven by HERNANDEZ IV during the April 7, 2018 surveillance, pulled into the driveway of the Residence. An individual fitting the description of G.A. was observed approaching the driver side window of the Tahoe for less than one minute and then walking into his residence with the Tahoe departing. Text message data shows at 4:37pm earlier that same day, HERNANDEZ IV sent texts to G.A. inquiring about "morphs," which is slang for morphine. G.A. responded that he had "1 green," which also referenced morphine. At 4:42pm, HERNANDEZ IV sent the following text to G.A.:
   *My body hurts right now. I might need a couple of those morphs till (sic) tomorrow*
At 4:54pm, G.A. sent the following text to HERNANDEZ IV:
   *Do you want that 1 green I have or will that not help?*
At 4:55pm, HERNANDEZ IV responded with the following text:

4

> *Yea I can take that one.  I'll have to wait till (sic) afterpractice (sic)*

At 6:15pm, G.A. sent HERNANDEZ IV the following text:
> *Just let me know when your (sic) close or on the way?*

At 6:25pm, HERNANDEZ IV responded with the following text:
> *Ok give me 25 min*

At 7:46pm, HERNANDEZ IV sent the following text to G.A.:
> *15.  I'm heading out*

At 7:57pm, HERNANDEZ IV sent the following text to G.A.:
> *I'll be there in a min.  Meet you outside*

18.  On May 2, 2018, based upon pole camera footage, at approximately 12:36pm, a blue Chevrolet Tahoe fitting the description of the vehicle driven by HERNANDEZ IV during the April 7, 2018 surveillance, pulled into the driveway of the Residence. An individual fitting the description of G.A. was observed approaching the driver side window of the Tahoe for less than one minute and then walking into his residence with the Tahoe departing.  Text message data from earlier that same day shows HERNANDEZ IV asking G.A. about possibly obtaining drugs from G.A..  The data also appears to show HERNANDEZ IV advising G.A. that he can "save 50 blues" for G.A. in return for drugs that day.  At 12:29pm, HERNANDEZ IV sent G.A. the following text:
> *I'll stop by your ur (sic) place*

At 12:37pm, HERNANDEZ IV sent G.A. the following text:
> *I'll be outside*

Within the same minute, HERNANDEZ IV sent G.A. the following text:
> *Ok I got you Saturday for 50*

19.  On May 4, 2018, based upon pole camera footage, at approximately 3:48pm, a blue Chevrolet Tahoe fitting the description of the vehicle driven by HERNANDEZ IV during the April 7, 2018 surveillance, pulled into the driveway of the Residence. An individual fitting the description of G.A. was observed approaching the driver side window of the Tahoe for less than one minute and then walking into his residence with the Tahoe departing.  Text message data from earlier that same day shows HERNANDEZ IV asking G.A. about possibly obtaining drugs from G.A.  At 9:11am, G.A. sent HERNANDEZ IV the following text:
> *Just a few of those morphs if you want*

At 1:18pm, HERNANDEZ IV sent the following text to G.A.:
> *Hey you mind giving me 3 morphs and I'll give you 43 blues*
> *I get mine tommorow (sic) morning at 10*

At 1:33pm, HERNANDEZ IV sent the following text to G.A.:
> *Give me 10 min and I'll be there*

At 1:50pm, HERNANDEZ IV sent the following text to G.A.:
> *Out in one minute*

20.  On May 5, 2018, at approximately 9:48am, HERNANDEZ IV picked up the following prescriptions at the Walgreens Pharmacy in Brighton, CO:

- **Oxycodone HCL 20MG (150 tablets)**
- **Oxycodone HCL 30MG (300 tablets)**

Based upon pole camera footage for that same day, at approximately 9:57am, a blue Chevrolet Tahoe fitting the description of the vehicle driven by HERNANDEZ IV during the April 7, 2018 surveillance, pulled into the driveway of the Residence. Based upon information from Google Maps, the drive from this Walgreens to this address is approximately 5.5 miles. An individual fitting the description of G.A. was observed approaching the driver side window of the Tahoe for less than one minute and then walking into the residence with the Tahoe departing. Text message data from earlier that same day shows G.A. asking HERNANDEZ IV about meeting for an apparent drug transaction. At 9:37am, HERNANDEZ IV sent G.A. the following text:

> *I'm taking care of it now. Give me 20*

At 9:55am, HERNANDEZ IV sent G.A. the following text:

> *Be there soon*

At 10:56am, HERNANDEZ IV sent G.A. the following text:

> *Hey I am getting tired of my other contact. If I were to give you 50 or so would you be willing to get rid of them for me next time*

At 11:06am, HERNANDEZ IV sent G.A. the following text:

> *I would still give you the ones we agree on but what if I gave you 50 or so. How much could you get rid of them for?*

At 11:19am, G.A. responded with the following text:

> *Oh sorry bro I was outside cutting weeds! Well I had a problem these last 2 times when I was getting 25 each but I have another guy but he only wants to guve (sic) 15-18 each and he's usually reliable if your (sic) willing to take that much I'm sure he will them but for the 25 I got burned and it was my own nephew who burned me..*

At 11:24am, HERNANDEZ IV responded with the following text:

> *I'll take 17. No problem. If he can do 100 for 16 I'll be down for that. My buddy kind of burnt me when I went north. So I would prefer 17 but if he can do 17, I'll give them to you next time*

At 11:30am, HERNANDEZ IV sent G.A. the following text:

> *I was doing 20 to 35 for the ones I get but I did get burnt so I just need something around 17 to 20. Thanks man.*

21. On May 21, 2018, based upon pole camera footage, at approximately 11:41pm, a blue Chevrolet Tahoe fitting the description of the vehicle driven by HERNANDEZ IV during the April 7, 2018 surveillance, pulled into the driveway of the Residence. An individual fitting the description of G.A. was observed approaching the driver side window of the Tahoe for less than ten seconds and then walking into his residence with the Tahoe departing. Text message data from earlier that same day shows HERNANDEZ IV asking G.A. about obtaining drugs from G.A. At 8:09am, HERNANDEZ IV sent G.A. the following text:

> *I have gone 2 days without and will take anything*

At 8:58am, HERNANDEZ IV sent G.A. the following text:

> *Im (sic) talking about anything for today*

At 9:03am, G.A. sent HERNANDEZ IV the following text:

> *When I have them I will let u (sic) know!*

At 11:17am, HERNANDEZ IV sent G.A. the following text:
>  *Any news*

Within that same minute, G.A. responded with the following text:
>  *Come by*

At 11:40am, HERNANDEZ IV sent G.A. the following text:
>  *Im (sic) 3 min out.*

22. On May 27, 2018, based upon pole camera footage, at approximately 1:42pm, a blue Chevrolet Tahoe fitting the description of the vehicle driven by HERNANDEZ IV during the April 7, 2018 surveillance, pulled into the driveway of the Residence. An individual fitting the description of G.A. was observed approaching the driver side window of the Tahoe for three minutes and then walking into his residence with the Tahoe departing. Text message data from earlier that same day shows HERNANDEZ IV asking G.A. about obtaining drugs from G.A. At 12:40pm, HERNANDEZ IV sent G.A. the following text:
>  *Hey bud is it ok if I stop by today for ten.*
>  *I get mine Saturday*

Within that same minute, G.A. responded with the following text:
>  *Yea I can do that!*

At 12:43pm, HERNANDEZ IV sent G.A. the following text:
>  *I fell asleep. Lol. You mind if I stop by around 130*

At 12:44pm, G.A. sent HERNANDEZ IV the following text:
>  *No just let me know when you get here or close so I can get my shoes and shirt on!*

At 1:36pm, HERNANDEZ IV sent G.A. the following text:
>  *Be ther re (sic) in 7 min*

23. On June 2, 2018, at approximately 9:05am, HERNANDEZ IV picked up the following prescriptions from the Walgreens Pharmacy in Brighton, CO:
- **Oxycodone HCL 20MG (150 tablets)**
- **Oxycodone HCL 30MG (300 tablets)**

Based upon pole camera footage for that same day, at approximately 9:21am, a blue Chevrolet Tahoe fitting the description of the vehicle driven by HERNANDEZ IV during the April 7, 2018 surveillance, pulled into the driveway of the Residence. An individual fitting the description of G.A. was observed approaching the driver side window of the Tahoe for three minutes and then walking into his residence with the Tahoe departing. Text message data from June 1, 2018 and June 2, 2018 shows HERNANDEZ IV and G.A. discussing the sale of drugs to a third party. On June 1, 2018, at 11:53pm, G.A. sent HERNANDEZ IV the following text:
>  *My bud wanted to know how many?*

At 11:54pm, HERNANDEZ IV responded with the following text:
>  *How many can he get. How much can he pay for each*
>  *I have 200 I cant (sic) touch*

Within that same minute, G.A. responded with the following text:
>  *I told him 18 each*

On June 2, 2018 at 2:44am, Hernandez sent G.A. the following text:

> *Hey bud tell your friend Ill (sic) give him 10 for 17 but Ill (sic) need cash in morning. When I get back from gleenwood (sic) springs we can talk about rest? Is that cool*

That same day, at 8:08am, Hernandez sent G.A. the following text:

> *He bud I could give you 50 with 40 for you and 10 for the friend for 17. I would need the cash straight up. You would still give me 30 blues when you get them right?*

At 8:20am, Hernandez sent G.A. the following text:

> *Yea. I mean I am giving you 40 for you and if uou (sic) could give me 30 when you get yours. But for the 50m I woukd (sic) need cash now because I am heading to the mountains. Will that be ok? I am still giving you 40 but if your friend cant (sic) give cash Ill (sic) see howmlm (sic) many I have when I get back from mountains on sunday (sic)*

At 9:14am, Hernandez sent G.A. the following text:

> *Be ther3 (sic) in 5*

24. On June 3, 2018, based upon pole camera footage, at approximately 5:18pm, a silver Nissan Altima, license plate XWQ591 and registered to HERNANDEZ IV, pulled into the driveway of the Residence. An individual fitting the description of G.A. was observed approaching the driver side window of the Altima for approximately two minutes and then walking into his residence with the Altima departing. Text message data from June 2, 2018 and June 3, 2018 shows HERNANDEZ IV and G.A. discussing the sale of drugs to a third party. On June 2, 2018 at 5:36pm, HERNANDEZ IV sent G.A. the following text:

> *Ill (sic) be back tommorow (sic). Does anyone want anymore?*

At 7:27pm that same day, G.A. responded with the following text:

> *Got you that 100 for those 6*

At 7:49pm, HERNANDEZ IV sent G.A. the following text:

> *Cool bud. Appreciate it. Ill (sic) see how many I have left when I leave here. I will let u (sic) know by 9 tonight*

On June 3, 2018 at 3:20pm, HERNANDEZ IV sent G.A. the following text:

> *So if I gave you ten how much could you get?*

At 3:24pm, G.A. responded with the following text:

> *I can get at least $180 bro!*

One minute later, HERNANDEZ IV sent G.A. the following text:

> *Right now? Well for now give me 20 min and Ill (sic) bring 10 more and you could give me 280 right? Then when I get to my place I will see where I am with my own supply. Is that cool?*

At 3:27pm, G.A. responded with the following text:

> *Dude wants 3 and this girl wanted 10 so I would have give 3 to him and 7 to her! But yea I have $100 for u (sic) when you get here!*

At 5:14pm, HERNANDEZ IV sent G.A. the following text:

> *5 min out*
> *Im (sic) in my Nissan (sic)*

25. On June 4, 2018, based upon pole camera footage, at approximately 8:59am, a silver Nissan Altima, license plate XWQ591 and registered to HERNANDEZ IV, pulled into the

driveway of the Residence. An individual fitting the description of G.A. was observed approaching the driver side window of the Altima for approximately one minute and then walking into his residence with the Altima departing.  Text message data from June 3, 2018 and June 4, 2018 shows HERNANDEZ IV and G.A. discussing the sale of drugs to a third party.  Text message data from June 3, 2018 and June 4, 2018 shows HERNANDEZ IV and G.A. discussing the exchange of money from drug transactions.  On June 3, 2018 at 9:23pm, G.A. sent HERNANDEZ IV the following text:

> *I got your cash bro!*

At 10:02pm, HERNANDEZ IV responded with the following text:

> *Oh great man.  Hey can you hold on till (sic) tommorow (sic).  Im (sic) super tired and need to crash*

On June 4, 2018 at 8:24am, HERNANDEZ IV sent G.A. the following text:

> *You up?*

At 8:39am, HERNANDEZ IV sent G.A. the following text:

> *Ill (sic) be up and about in like 20 min.  Yea Ill (sic) see what I can do.*

At 8:59am, HERNANDEZ IV sent G.A. the following text:

> *Be there in 3 min*

26. On June 30, 2018, at approximately 11:25am, HERNANDEZ IV picked up the following prescriptions from the Walgreens Pharmacy in Brighton, CO:

- **Oxycodone HCL 20MG (150 tablets)**
- **Oxycodone HCL 30MG (300 tablets)**

Based upon pole camera footage for that same day, at approximately 2:02pm, a blue Chevrolet Tahoe fitting the description of the vehicle driven by HERNANDEZ IV during the April 7, 2018 surveillance, pulled into the driveway of G.A.'s residence. An individual fitting the description of G.A. was observed approaching the driver side window of the Tahoe for one minute and then walking into his residence with the Tahoe departing.  Text message data from earlier in the day shows HERNANDEZ IV and G.A. discussing the sale of drugs to a third party.  At 11:15am, G.A. sent HERNANDEZ IV the following text:

> *If u (sic) want me to move any for you let me know I got someone.  Calling me already?*

At 1:21pm, HERNANDEZ IV sent G.A. the following text:

> *I'm on way.  They said 130.  So I'm on way.  I'll stop by on way back.  I owe you 45 right?*

At 1:37pm, HERNANDEZ IV sent G.A. the following text:

> *Ok on way.  I'll be there around 150.*

27. On September 22, 2018, at approximately 9:13am, HERNANDEZ IV picked up the following prescriptions from the Walgreens Pharmacy in Brighton, CO:

- **Oxycodone HCL 20MG (150 tablets)**
- **Oxycodone HCL 30MG (300 tablets)**

Based upon pole camera footage for that same day, at approximately 9:25am, a silver Nissan Altima fitting the description of the vehicle previously seen visiting G.A.'s and registered to HERNANDEZ IV pulled into the driveway of the Residence. An individual fitting the

description of G.A. was observed approaching the driver side window of the Altima for less than two minutes and then walking into his residence with the Altima departing. Text message data from September 18, 2018 shows HERNANDEZ IV and G.A. discussing the sale of drugs to a third party. On that day, at 7:20pm, G.A. sent HERNANDEZ IV the following text:
> *Dude said he would take all 100 16 each u (sic) wont (sic) have to wait for any cash either he gives it all to me on the spot.*

At 7:29pm, HERNANDEZ IV sent G.A. the following text:
> *Ok. That's cool man. I'll just start coming to you.*

At 8:05pm, HERNANDEZ IV sent G.A. the following text:
> *I'll be outside in 1 min*

On September 19, 2018, texts between G.A. and an individual identified by G.A.'s phone as "Will Will Other" exchange texts appearing to show drug transactions between G.A. and HERNANDEZ IV. At 11:49am, G.A. sent Will Will the following text:
> *Oh Sat Ramon is suppose (sic) to bring me 130 blues*

At 11:58am, Will Will responded to G.A. with the following text:
> *Damn for like what 45 of those 100?*

One minute later, G.A. responded to Will Will with the following text:
> *Oh no bro I'n (sic) just selling 100 for him*

At 12:01 pm, Will Will sent G.A. the following text:
> *That young dude is picking up that many? Damn man he's buying up the whole market*

At 12:04pm, G.A. responded to Will Will with the following text:
> *But I keep nodding out! Yea and he picks up a 100 of a few other peeps I know of*

That same day at 7:52pm HERNANDEZ IV sent G.A. the following text:
> *I went to the doctor today and he kept me at 220 so it went well. I will be holding on to 130 for you and I get it for the 21st. I will drop off tommorow (sic) and give you 130 once they get in on Friday or Saturday morning. So I am just going to you. So 100 for 16 each right?*

At 7:55pm, G.A. responded to HERNANDEZ IV with the following text:
> *Yea I should have the money about 2-3 hrs after u (sic) drop them off to me I wont (sic) burn you so don't (sic) worry ok? So it'll be $1600 cash*

At 8:19pm, HERNANDEZ IV responded to G.A. with the following text:
> *Ok cool. I might release more if you can get 18 to 20 each. But for sure you will have 130. And 1600 is right. Sounds good man.*

On September 22, 2018 at 9:11am, G.A. sent HERNANDEZ IV the following text:
> *So just give me a heads up when u (sic) head my way bro the sooner I can get u that loot?*

At 9:22am, HERNANDEZ IV responded to G.A. with the following text:
> *I'm on way*

At 9:23am, HERNANDEZ IV sent G.A. the following text:
> *3 min out*

28. On October 20, 2018, at approximately 9:15am, HERNANDEZ IV picked up the following prescriptions from the Walgreens Pharmacy in Brighton, CO:

- **Oxycodone HCL 20MG (150 tablets)**
- **Oxycodone HCL 30MG (300 tablets)**

Based upon pole camera footage for that same day, at approximately 11:07am, a blue Chevrolet Tahoe fitting the description of the vehicle driven by HERNANDEZ IV during the April 7, 2018 surveillance, pulled into the driveway of the Residence. An individual fitting the description of G.A. was observed approaching the driver side window of the Tahoe for approximately two minutes and then walking into his residence with the Tahoe departing.  Text message data from that day shows HERNANDEZ IV and G.A. discussing the sale of drugs to a third party. At 10:51am, HERNANDEZ IV sent G.A. the following text:

> *So I'll leave 100 for the guy, then 25 for you and 10 or 15 extra?  Member I only get 220 but if you can get more for the 10 or 15 that would be great.  I'm on way, that sound good?*

At 10:53am, G.A. responded to HERNANDEZ IV with the following text:

> *Yea I will try and get extra for the ones extra I know I can get some of them for sure! So I'll let them know and u (sic) know if I csnt (sic) I'll give them back*

At 11:08am, HERNANDEZ IV sent G.A. the following text:

> *I m (sic) outside*

29.     On December 15, 2018, at approximately 9:33am, HERNANDEZ IV picked up the following prescriptions from the Walgreens Pharmacy in Brighton, CO:

- **Oxycodone HCL 20MG (150 tablets)**
- **Oxycodone HCL 30MG (300 tablets)**

Based upon pole camera footage for that same day, at approximately 11:54am, a silver Nissan Altima fitting the description of the vehicle previously seen visiting G.A.'s and registered to HERNANDEZ IV pulled into the driveway of the Residence. An individual fitting the description of G.A. was observed approaching the driver side window of the Altima for less than two minutes and then walking into his residence with the Altima departing.  Text message data from the day shows HERNANDEZ IV and G.A. discussing the sale of drugs to a third party.  At 8:41am, G.A. sent HERNANDEZ IV the following text:

> *Yea my buddy did say he would take the 125 for 2g's not sure if u got that text*

At 10:00am, HERNANDEZ IV sent G.A. the following text:

> *No no.  My wife is giving me cash.  So I'll be good.  K, so I'll give your friend 125 and youb35 (sic).  You can pay me back 35 right?  I know you can.  Give me 20 min and I'll be over.  See how fast you can get the cash.  But I got it taken care of man.  See you in a bit*

At 11:51am, HERNANDEZ IV sent G.A. the following text:

> *5 min out*

30. During the review of text messages between G.A. and HERNANDEZ IV, in addition to the text messages identified above, affiant discovered the following examples of texts which appear to involve the sale of drugs with HERNANDEZ IV:

**December 3, 2018:**

SMS     Incoming     12/3/2018     From: +17203311598     Hernandez Ramon
*Hey my buddy just text and just letting me know since he talked to me if your friend wanted to get 100 for 25 each. The 80mg oxi*

**December 15, 2018:**

SMS     Outgoing     12/15/2018     To: +17203311598     Hernandez Ramon
*Yea my buddy did say he would take the 125 for 2g's not sure if u got that text*
SMS     Incoming     12/15/2018     From: +17203311598     Hernandez Ramon
*Yea that's cool man. Thanks a bunch. Hey if I can, I might keep 20 and I'd you can get rid of 20 for 20 each I will do that but just letting you know. If not dont worry man I'll just keep them for myself. But if you know of anyone let me know before 6 tonight*

**December 17, 2018:**

SMS     Outgoing     12/17/2018     To: +17203311598     Hernandez Ramon
*Wete u looking to get rid of anymore bro ?*
SMS     Incoming     12/17/2018     From: +17203311598     Hernandez Ramon
*How many more. I only have so much but I can do some*
SMS     Outgoing     12/17/2018     To: +17203311598     Hernandez Ramon
*Let me see dude is hurting really bad*
SMS     Outgoing     12/17/2018     To: +1720[xxx-xxxx]     J[]
*I found some oxie's he want a little bit for them*
SMS     Incoming     12/17/2018     From: +17203311598     Hernandez Ramon
*At least 20 each right?*
SMS     Outgoing     12/17/2018     To: +17203311598     Hernandez Ramon
*Yea tgats what I'm telling them*
SMS     Incoming     12/17/2018     From: +17203311598     Hernandez Ramon
*K*

**December 20, 2018:**
SMS     Incoming     12/20/2018     From: +17203311598     Hernandez Ramon
*I can still help but since I am low I can see if I can do 3 for 60? That's what I think I have left plus 2*

**January 4, 2019:**
SMS	Incoming	1/4/2019	From: +17203311598	Hernandez Ramon
*Hey I got my friend who has the 100 of the 80s oxy for 20 each. So 1600 for 100 of them. You interested?*
SMS	Incoming	1/4/2019	From: +17203311598	Hernandez Ramon
*You interested?*
SMS	Incoming	1/4/2019	From: +17203311598	Hernandez Ramon
*Let me know soon man*
SMS	Outgoing	1/4/2019	To: +17203311598	Hernandez Ramon
*Sorry just seen your message let me check but dude will prbably take them all ?*
SMS	Outgoing	1/4/2019	To: +17203311598	Hernandez Ramon
*There the 80's right ?*
SMS	Outgoing	1/4/2019	To: +17203311598	Hernandez Ramon
*$20 each ?*
SMS	Outgoing	1/4/2019	To: +1720[xxx-xxxx]
*Jay Man Hey I might be able to get those 80 of oxy for $25 each u intrested ?*
SMS	Outgoing	1/4/2019	To: +17203311598	Hernandez Ramon
*Hey I'm sure he would take them*
SMS	Incoming	1/4/2019	From: +17203311598	Hernandez Ramon
*20 each for 100*
SMS	Incoming	1/4/2019	From: +17203311598	Hernandez Ramon
*He has a total of 120. He can do 20 at lowest. So ask your friend. He needs to soon.*
SMS	Incoming	1/4/2019	From: +17203311598	Hernandez Ramon
*Hit your friend up and hit me up in morning. I'll let my friend know your interested*
SMS	Outgoing	1/4/2019	To: +17203311598	Hernandez Ramon
*So - 2gs*

**January 5, 2019**:
SMS	Incoming	1/5/2019	From: +17203311598	Hernandez Ramon
*For 100. He is willing to do 110 for 2200.*
SMS	Outgoing	1/5/2019	To: +17203311598	Hernandez Ramon
*Ok I'm working on it*
SMS	Incoming	1/5/2019	From: +17203311598	Hernandez Ramon
*Hey my friend has to wait to get them out till Monday so it gives you time to talk to friend. He wants to get rid of at least 100 for 20 bucks each. So it gives you a couple of days. Just letting you know*

## CONCLUSION

31.     Based upon the foregoing, I respectfully submit that there exists probable cause to charge the suspect, Ramon HERNANDEZ IV with conspiracy to distribute and possess with the intent to distribute Oxycodone in violation of 21 U.S.C. § 846.

I, Cory Rumple, Special Agent for HHS-OIG, being duly sworn according to law, hereby state that the facts stated in the foregoing affidavit are true and correct to the best of my knowledge, information and belief.

*/s/Cory Rumple*
Cory Rumple, Special Agent
U.S. Department of Health and Human Services
Office of Inspector General

SUBMITTED, ATTESTED TO, and Acknowledged by reliable electronic means on this __24th__ day of January, 2019.

*[signature: N. Reid Neureiter]*

United States Magistrate Judge
District of Colorado

**This Affidavit was reviewed and submitted by AUSA Anna Edgar.**