IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   19-mj-00021-NRN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAMON HERNANDEZ IV,

Defendant.

## MOTION TO RESTRICT CASE

The United States of America moves the Court to enter an Order restricting the case, including the Criminal Complaint, Affidavit in Support of Criminal Complaint, and Arrest Warrant in the above-named matter, as well as this Motion and the Court's Order restricting these documents at Level 2, and as grounds therefore submits the following:

1. A Criminal Complaint, Affidavit in Support of Criminal Complaint, Arrest Warrant, and this Motion have been filed as part of a continuing criminal investigation.

2. Restriction of the case and documents at Level 2 is appropriate under D.C.Colo.LCrR 47.1 for the following reasons: 1) the interests stated herein outweigh the presumption of public access; 2) clearly defined and serious injury would result if access is not restricted at Level 2, and; 3) only restricted access will adequately protect the interests in question. The ongoing investigation involves multiple targets who are unaware of the existence and substance of the investigation. It is necessary to maintain the secrecy of the investigation, as there is reason to believe that notification of the existence of the Criminal Complaint and Affidavit will seriously jeopardize the investigation by giving the targets an opportunity to flee from prosecution, destroy

or tamper with evidence, or interfere with or intimidate potential witnesses. Restricting access to the case and documents is the only practicable way to maintain the secrecy of the investigation and to adequately protect these concerns. A Level 2 restriction is appropriate to allow defendant and defense counsel to access the complaint.

WHEREFORE, the Government respectfully moves that the case, the Criminal Complaint, Affidavit in Support of Criminal Complaint, Arrest Warrant, this Motion, and the Court's Order restricting these documents be restricted at Level 2 **until further order of the Court**. The case should *not* be unrestricted following the defendant's initial appearance.

Respectfully submitted,

JASON R. DUNN
United States Attorney

*/s/ Anna Edgar*
By: Anna Edgar
Assistant U.S. Attorney
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail: Anna.Edgar@usdoj.gov
Attorney for the United States