**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 19-cr-00055-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RAMON HERNANDEZ IV,

    Defendant.
_____

**MOTION TO UNRESTRICT CASE**
_____

    The United States of America hereby moves the Court to unrestrict this case, and as grounds therefor submits the following:

    1.    On January 24, 2019, the Court granted the government's motion to restrict this case (doc. #3) and issued an order restricting the case until further order of the Court (doc. #4).

    2.    The reasons requiring restriction as identified in the government's motion no longer apply. There is no longer a need to maintain the secrecy of the investigation.

    WHEREFOR, the government respectfully moves the Court to unrestrict this case.

Respectfully submitted,

JASON R. DUNN
United States Attorney

*/s/ Anna Edgar*
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0403
E-mail: Anna.Edgar@usdoj.gov
Attorney for the United States

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 28th day of May, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                    /s/ Glenda Galloway
                                    Glenda Galloway
                                    Legal Assistant